United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17985-elf
Steven Klepczynski                                                  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: Sep 07, 2016
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
```
db             Steven Klepczynski,    6500 Hasbrook Avenue,    Philadelphia, PA 19111-5210
13399438      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
13413113      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3Fl
13399443      +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13483019      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                Harrisburg, Pennsylvania 17101-1406
13431132      +US Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13399445      +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 08 2016 01:33:15     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 08 2016 01:32:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 08 2016 01:33:13     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13399437      +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2016 01:32:48     Ally    Financial,
                Po Box 105677,    Atlanta, GA 30348-5677
13399436      +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2016 01:32:48     Ally    Financial,
                Attn: Bankruptcy Dept,    Po Box 130424,    Roseville, MN 55113-0004
13479537       E-mail/Text: bankruptcy@phila.gov Sep 08 2016 01:33:15     City of Philadelphia,
                Law Department   Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13422268      +E-mail/Text: bankruptcy@cavps.com Sep 08 2016 01:33:11     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13399439      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2016 01:33:07     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485978       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2016 01:30:43     PYOD LLC,
                c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13399441      +E-mail/Text: blegal@phfa.org Sep 08 2016 01:33:08     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13399440      +E-mail/Text: blegal@phfa.org Sep 08 2016 01:33:08     Pa Housing Finance Age,    Po Box 8029,
                Harrisburg, PA 17105-8029
13399442      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2016 01:30:30
                Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
13399444      +E-mail/Text: ebn@unique-mgmt.com Sep 08 2016 01:33:31     Unique National Collec,
                119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
```
              ELLIS B. KLEIN    on behalf of Debtor Steven  Klepczynski ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Sep 07, 2016
                              Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com
         PAUL H. YOUNG    on behalf of Debtor Steven Klepczynski ykassoc@gmail.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN KLEPCZYNSKI | Chapter 13 |
| Debtor | Bankruptcy No. 14-17985-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: September 7, 2016**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
STEVEN KLEPCZYNSKI

6500 HASBROOK AVENUE

PHILADELPHIA, PA 19111-5210