# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  STEVEN KLEPCZYNSKI | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 14-17985-ELF |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Stephen Klepczynski. has filed with the Court a Motion to Reconsider Order of Dismissal of the above Chapter 13 Bankruptcy Case.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Octo 10, 2016, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk's Office
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Paul H. Young, Esquire
    3554 Hulmeville Road, Suite 102
    Bensalem, PA  19020
    Phone:  (215) 639-5297
    Fax:     (215) 639-1344

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on October 18, 2016 at 1:00 p.m. in Courtroom 1 at the United States Bankruptcy

Court, 900 Market Street, Suite 400, Philadelphia, PA  19107.

   4.  If a copy of the motion is not enclosed; a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/10/14