**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    STEVEN KLEPCZYNSKI,    :    Chapter 13
:
Debtor    :    Bky. No.  14-17985 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated September 9, 2016 **(Doc. # 69)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: October 18, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE