United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17985-elf
Steven Klepczynski                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2            Date Rcvd: Oct 19, 2016
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db             Steven Klepczynski,    6500 Hasbrook Avenue,    Philadelphia, PA 19111-5210
13399438      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
13413113      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3Fl
13399443      +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13483019      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                Harrisburg, Pennsylvania 17101-1406
13431132      +US Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13399445      +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:11       City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:42
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13399437      +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 02:00:30       Ally    Financial,
                Po Box 105677,    Atlanta, GA 30348-5677
13399436      +E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2016 02:00:30       Ally    Financial,
                Attn: Bankruptcy Dept,    Po Box 130424,    Roseville, MN 55113-0004
13479537       E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:11       City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13422268      +E-mail/Text: bankruptcy@cavps.com Oct 20 2016 02:01:06       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13399439      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2016 02:00:57       Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485978       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2016 01:56:31       PYOD LLC,
                c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13399441      +E-mail/Text: blegal@phfa.org Oct 20 2016 02:00:58       Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13399440      +E-mail/Text: blegal@phfa.org Oct 20 2016 02:00:59       Pa Housing Finance Age,    Po Box 8029,
                Harrisburg, PA 17105-8029
13399442      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2016 01:56:14
                Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
13399444      +E-mail/Text: ebn@unique-mgmt.com Oct 20 2016 02:01:27       Unique National Collec,
                119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                               TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
```
              ELLIS B. KLEIN    on behalf of Debtor Steven  Klepczynski ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0313-2            User: Randi               Page 2 of 2             Date Rcvd: Oct 19, 2016
                                Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com
         PAUL H. YOUNG    on behalf of Debtor Steven  Klepczynski ykassoc@gmail.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 6

Case 14-17985-elf    Doc 77    Filed 10/21/16    Entered 10/22/16 01:08:26    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN KLEPCZYNSKI,  :  Chapter 13
                             :
        Debtor               :  Bky. No. 14-17985 ELF

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated September 9, 2016 **(Doc. # 69)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

Date: **October 18, 2016**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE