United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-17985-elf
Steven Klepczynski                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi               Page 1 of 2            Date Rcvd: Apr 02, 2019
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db              Steven Klepczynski,    6500 Hasbrook Avenue,    Philadelphia, PA 19111-5210
13399438       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
13413113       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13399443       +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13483019       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, Pennsylvania 17101-1406
13839184       +U.S. Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13431132       +US Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13399437       +E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2019 03:21:51     Ally  Financial,
                 Po Box 105677,    Atlanta, GA 30348-5677
13399436       +E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2019 03:21:51     Ally  Financial,
                 Attn: Bankruptcy Dept,    Po Box 130424,    Roseville, MN 55113-0004
13479537        E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:39     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13422268       +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 03:22:32     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13399439       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2019 03:22:24     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485978        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 03:19:33     PYOD LLC,
                 c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13399441       +E-mail/Text: blegal@phfa.org Apr 03 2019 03:22:26     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13399440       +E-mail/Text: blegal@phfa.org Apr 03 2019 03:22:26     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13399442       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 03:19:33
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
13399444       +E-mail/Text: ebn@unique-mgmt.com Apr 03 2019 03:22:59     Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
13399445       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 03:21:48
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 14
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Apr 02, 2019
                              Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              ELLIS B. KLEIN    on behalf of Debtor Steven  Klepczynski ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              PAUL H. YOUNG    on behalf of Debtor Steven  Klepczynski support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN KLEPCZYNSKI                    Chapter 13

              Debtor            Bankruptcy No. 14-17985-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 2, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
STEVEN KLEPCZYNSKI

6500 HASBROOK AVENUE

PHILADELPHIA, PA 19111-5210